TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN












TEXAS
COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00391-CV
 
 




 

 

A. N. A., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 340th
 District Court OF Tom Green
 COUNTY
 NO. C-11-0002-CPS,
 The Honorable Jay K. Weatherby, JUDGE
 PRESIDING
 
 




 


 
 
                                                                      O
 R D E R
 PER CURIAM
 Appellant A.N.A. filed her notice of appeal on April 23, 2012.  The appellate record was complete July 9, 2012, making appellant’s
 brief due July 30, 2012.  On July
 31, 2012, counsel for appellant filed a motion for extension of time
 to file his brief.
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion in part and order counsel
 to file appellant’s brief no later than August 20, 2012.  If the
 brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt
 of court.
 It is ordered on August 3, 2012.
  
 Before Chief
 Justice Jones, Justices Rose and
 Goodwin